UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Maria del Carmen Mendez et al

v.

Defendant(s) Togo West, Secretary of Department of Veteran Affairs

CIVIL NO. 98-1437 (DRD)

| MOTION | ORDER |
|---|---|
| Docket entry no. 18 | ☒ GRANTED. |
| Date: Sept /20/ 1999. | ☐ DENIED. |
| Title: Informative motion | ☐ MOOT. |
| | ☐ NOTED. |

RECEIVED AND FILED
99 OCT 27 AM 7:50
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Defendants motion for summary judgment is to be returned to defendant for compliance with the order setting initial scheduling and case management conference. (Docket No. 6) Consequently, defendants motion for summary judgment is denied without prejudice (Docket No. 16) and plaintiff's motions for extension of time are hereby rendered moot. (Docket Nos. 19 and 20).

It is so ordered.

Date: 10/25/99 .

*[signature]*

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE