# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) _MARIA del CARMEN Mendez_     CIVIL NO. _98 – 1437_(DRD)

v.

Defendant(s) _Togo WEST, Secretary of Department of Veterans Affairs_

| MOTION | ORDER | |
|---|---|---|
| Docket entry no. _23_ | ☒ GRANTED. | RECEIVED AND FILED 99 NOV 10 AM 8:51 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R. |
| Date: _16_/_28_/_99_. | ☐ DENIED. | |
| Title: _Third Motion For Extension of time_ | ☐ MOOT. | |
| | ☐ NOTED. | |

_No Further extensions are to be granted. The Motion For Summary Judgment Shall be deemed Submitted. Extension is granted Until November 16, 1999_

Date: _11_/_08_/_99_.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

3