# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) *Maria del Carmen Mendez*   CIVIL NO. *98-1437* (DRD)

v.

Defendant(s) *Togo West, Secretary of Dept of Veterans' Affairs*

| MOTION | ORDER |
|---|---|
| Docket entry no. *28* | ☒ GRANTED. |
| Date: *Dec 7 1999* | ☐ DENIED. |
| Title: *Motion to withdraw* | ☐ MOOT. |
| | ☐ NOTED. |
| Plaintiff is granted 30 days to announce new representation. This order is to be noticed to Mrs. Maria del Carmen Mendez who is to acquire legal representation within Thirty days or may face sanctions which may include Dismissal. | |

RECEIVED AND FILED
00 MAR -7 AM 8:53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Date: *3/06/2000*

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE