# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) *Maria del Carmen Mendez*

v.

CIVIL NO. *98-1437* (DRD)

Defendant(s) *Jago S. West*

| MOTION | ORDER |
|---|---|
| Docket entry no. *31* | ☒ GRANTED. |
| Date: *April 14 /2000.* | ☐ DENIED. |
| Title: *Motion Requesting Extension.* | ☐ MOOT. |
| | ☒ NOTED. |

*The Clerk of the court is to take notice of Plaintiff's change of address*

RECEIVED AND FILED
00 MAY -8 AM 7:08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

IT IS SO ORDERED.

Date: *MAY / 05/ 2000.*

**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**