UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) _Maria del Carmen Méndez_   CIVIL NO. _98-1437_ (DRD)

v.

Defendant(s) _Secretary Department of Veteran Affairs_

| MOTION | ORDER |
|---|---|
| Docket entry no. _33_ | ☒ GRANTED. |
| Date: _May / 25 / 2000_ | ☐ DENIED. |
| Title: _Assuming legal representation and requesting extension of time_ | ☐ MOOT. |
| | ☐ NOTED. |

_Status conference as scheduled for August 4, 2000, at 9:00 a.m._

_The clerk of the Court is to take notice of Plaintiff's new legal representation._

RECEIVED AND FILED
00 JUN 13 AM 8:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

IT IS SO ORDERED.

Date: _June / 12 / 2000_

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE