# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

DATE: August 2, 2000

MARIA MENDEZ

    Plaintiffs

CIVIL NO. 98-1437 (DRD)

v.

WEST TOGO, et al.

    Defendants

**BY ORDER OF THE COURT**, at request of plaintiff the Status Conference scheduled for August 4, 2000 is re-scheduled for **Tuesday, August 8, 2000 at 5:30 P.M. before Honorable Daniel R. Domínguez.**

_____
Courtroom Deputy

PARTIES NOTIFIED:

AUSA-Lillian Mendoza
Elaine Rodríguez-Frank, Esq.