UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**AMENDED MINUTES OF PROCEEDINGS**           DATE: August 31, 1999

**CIVIL NO. 98-1437 (DRD)**

LAW CLERK: Karen A. Rivera-Turner

================================================================

| | |
|---|---|
| MARIA MENDEZ<br>  Plaintiff<br>  v.<br>WEST TOGO et al<br>  Defendant | Attorneys: Elaine Rodríguez Frank<br><br><br>Lilliam Mendoza |

================================================================

INITIAL SCHEDULING CONFERENCE was scheduled for today.

Counsel for Plaintiff requested the Court to allow her to withdraw her legal representation due to problems with her client. In response, the Court expressed concern with counsel's request and the possibility of Plaintiff litigating her claim pro se. Counsel reiterated her request and offered to the Court the opportunity of talking to Plaintiff herself.

The Court spoke personally with Plaintiff about her counsel's request to withdraw legal representation. The Court expressed its preference that Plaintiff not litigate this claim pro se because of the technical nature of her claim. In cases such as this one, there is a danger of the Court losing impartiality by looking after plaintiff's rights and assisting plaintiff with his or her litigation at Defendant's expense. Further, the Court expressed concerns with the fact that Plaintiff has already had two attorneys and both of them have requested to withdraw their representation. Plaintiff indicates that she will find a new attorney. Finally, the Court advices Plaintiff that Defendant has noticed a motion for summary judgment and thus far no opposition has been served.

Counsel's request to withdraw is granted. Plaintiff must find a new attorney and file an

opposition to Defendant's motion for summary judgment no later than **September 11, 2000.** Failure to comply will result in Defendant's motion being adjudicated unopposed.

Counsel for Plaintiff indicates that she never received a file for the above-captioned case. Plaintiff will make an effort to get the file from her prior attorney. If her efforts are not successful, Plaintiff may request from the Court a copy of the case's file. Said copy will be provided at no expense for Plaintiff.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

s/c: Counsel of record and Plaintiff pro/se.
N:\MINUTES\98-1437.mem