UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
00 OCT 18 AM 8 56
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Plaintiff(s) Maria del Carmen Mendez

CIVIL NO. 98-1437 (DRD)

v.

Defendant(s) Togo West, Secretary of Veterans Affairs

| MOTION | ORDER |
|---|---|
| Docket entry no. 40 | ☒ GRANTED. |
| Date: 09 / 11 / 00 | ☐ DENIED. |
| Title: Motion to Extend Time to Oppose Motion for Summary Judgment | ☐ MOOT. |
| | ☐ NOTED. |
| Plaintiff must oppose by October 27, 2000. No extensions or late filings shall be granted. Plaintiff is forewarned that failure to timely oppose shall result in the summary judgment motion being summarily granted and this case dismissed. | |

IT IS SO ORDERED.

Date: 10 / 16 / 2000

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE