# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

**MARIA DEL CARMEN MENDEZ,**
**Plaintiff,**

**v.**

**CIVIL NO. 98-1437 (DRD)**

**TOGO D. WEST, Secretary of Veterans Affairs,**
**Defendant.**

---

## ORDER

In exchange for Civil No. 98-2425 the undersigned hereby transfers Civil No. 98-1437, to Judge Jay A. Garcia Gregory subject to his approval. <u>See</u> Local Rule 302(7). All future filings in Civil No. 98-1437 shall bear the initials of Judge Jay A. Garcia Gregory (JAG).
IT IS SO ORDERED.

Date: January _11_, 2001.

**DANIEL R. DOMINGUEZ**
**U.S. District Judge**

N\98-1437

Rec'd:          EOD:

By: _____    # 45