IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA DEL CARMEN MENDEZ

    **Plaintiff(s)**

    v.                                         CIVIL NO. 98-1437 (JAG)

TOGO WEST, ACTING SECRETARY
OF VETERANS AFFAIRS

    **Defendant(s)**

---

### JUDGMENT

Based on the Opinion and Order of this date, granting defendant's Motion for Summary Judgment, the Court enters judgment dismissing the Complaint with prejudice.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 30th day of November 2001.

    JAY A. GARCIA-GREGORY
    U.S. District Judge